COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jackie Anderson, Patrick Cockerham, Diann Banks, Herbert Lenton,
                         and Mable Caleb v. Terry Grier, Superintendent of the Houston
                         Independent School District

Appellate case number:   01-15-00285-CV

Trial court case number: 2010-21712

Trial court:             164th District Court of Harris County

This is an accelerated interlocutory appeal. Appellee Terry Grier has filed an "Unopposed Motion for Extension of Time to File Appellants' Brief and All Other Deadlines in this Appeal." The motion requests an extension of time of approximately four months, until June 1, 2016, for the filing of appellants' reply brief in order to facilitate mediation, because the parties have agreed to mediate the underlying dispute.

The Court determines that it is appropriate to refer this appeal for resolution by mediation. *See* Tex. Civ. Prac. & Rem. Code §§ 154.021, 154.022(a), 154.023. Accordingly, the Court orders that this appeal be referred to mediation unless any party to the appeal files an objection with the Clerk of this Court within **ten days** after receiving this order. *See id.* § 154.022(b).

The parties shall choose a qualified mediator and agree on a reasonable fee for the mediator's services.[*] *See id.* §§ 154.052, 154.054(a). When the parties notify the Clerk of this Court of the name of the mediator, that person shall be deemed appointed by the Court. *See id.* § 154.051. The parties should provide the mediator with a completed "Notification to Mediator" and the "Appointment and Fee Report—Mediation" form. These documents can be downloaded from the forms page of the Court's website at http://www.txcourts.gov/1stcoa/practice-before-the-court/forms.aspx.

The Court sets the following deadlines:

---

[*] The Court does not recommend mediators. Mediation information is available from the Dispute Resolution Center of Harris County (713.755.8274) and http://www.co.harris.tx.us/DRC), the Fort Bend Dispute Resolution Center (281.342.5000), the Alternate Dispute Resolution Section of the State Bar of Texas (http://www.texasadr.org/), and other groups. The parties are not required to use a mediator recommended or listed by these groups.

- No later than **February 17, 2016**, the parties shall file with the Clerk of this Court a completed "Parties' Notification to Court of Mediator." This document can be downloaded from the forms page of the Court's website at http://www.txcourts.gov/1stcoa/practice-before-the-court/forms.aspx.

- No later than **March 18, 2016**, the parties shall conduct the mediation.

- No later than **three days** from the conclusion of the mediation, the parties and the mediator shall advise the Clerk of this Court in writing whether the parties did or did not settle the underlying dispute, and the mediator shall file with the Clerk of this Court a completed "Appointment and Fee Report—Mediation" form. This document can be downloaded from the forms page of the Court's website at http://www.txcourts.gov/1stcoa/practice-before-the-court/forms.aspx.

- In the event the underlying dispute is not settled by mediation, appellants' reply brief will be due **April 2, 2016.**

All parties, or their representative with full settlement authority, shall attend the mediation with their counsel. The mediator shall encourage and assist the parties in reaching a settlement of their dispute, but may not compel or coerce the parties to enter into a settlement agreement. *See id.* § 154.053(a). All communications relating to the mediation are confidential and not subject to disclosure, except as set forth by law. *See id.* § 154.073. The Clerk of this Court, however, will file this order, any objection to this order, and the completed "Parties' Notification to Court of Mediator" and "Appointment and Fee Report—Mediation" forms with the other documents filed in this appeal that are available for public inspection.

Unless expressly authorized by the disclosing party, the mediator may not disclose to either party information given in confidence by the other and shall at all times maintain confidentiality with respect to communications relating to the subject matter of the dispute. *See id.* § 154.053(b). Unless the parties agree otherwise, all matters, including the conduct and demeanor of the parties and their counsel during the settlement process, are confidential and may never be disclosed to anyone, including this Court. *See id.* § 154.053(c).

The Court will consider the agreed fee for the mediator's services to be reasonable and tax that fee as a cost of the appeal unless the parties agree to another method of payment. *See id.* § 154.054.

Accordingly, the motion to extend is **granted in part**. The case will be withdrawn from the active submission docket pending receipt of the Appointment and Fee Report.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale_____
⌧ Acting individually

Date: February 4, 2016